UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

WILLIAM WATSON,

    Plaintiff,

vs.                                          Case No. 13-cv-14097-JEM

MEDICREDIT, INC.,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. Rule 7.1, Defendant Medicredit, Inc. ("Medicredit") makes this corporate disclosure and identifies the following interested parties:

1.    Plaintiff, William Watson.

2.    Plaintiff's counsel:

    James S. Giardina
    The Consumer Rights Law Group
    3104 W. Waters Avenue, Suite 200
    Tampa, Florida  33614-2877

    and

    Scott D. Owens, Esq.
    664 E. Hallandale Beach Blvd.
    Hallandale, Florida 33009

3.    Defendant Medicredit, Inc., a Missouri corporation.  Medicredit is a wholly-owned subsidiary of the Outsource Group, Inc., also a Missouri corporation.  No publicly held corporation owns any of stock of Medicredit or its parent, the Outsource Group, Inc.

    4.       Medicredit's counsel:

          Elizabeth M. Bohn, Esq.
          JORDEN BURT LLP
          777 Brickell Avenue, Suite 500
          Miami, Florida 33131-2803
          Telephone: (305) 347-6879
          Facsimile: (305) 372-9928
          eb@jordenusa.com

Dated: April 8, 2013.

                                             Respectfully submitted by,

                                             */s/ Elizabeth M. Bohn*
                                             Elizabeth M. Bohn, Esq.
                                             **Jorden Burt LLP**
                                             777 Brickell Avenue, Suite 500
                                             Miami, FL 33131
                                             Telephone: (305) 347-6879
                                             Facsimile: (305) 372-9928
                                             eb@jordenusa.com
                                             Attorneys for Defendant Medicredit, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Defendant's Certificate of Interested Parties and Rule 7.1 Corporate Disclosure Statement was served on April 8, 2013 by the Court's CM/ECF electronic mail system to those parties registered to receive electronic notices of filings in this case.

                                             */s/ Elizabeth M. Bohn*
                                             Elizabeth M. Bohn
                                             Florida Bar No. 288047

*207757*