UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No.: 13-14097-CIV-MARTINEZ-LYNCH

WILLIAM WATSON,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, WILLIAM WATSON ("Plaintiff"), by and through his undersigned counsel, and pursuant to Local Rule 16.2(f)(2) hereby notifies the Court that a compromise settlement has been reached between the Plaintiff, WILLIAM WATSON, and Defendant, MEDICREDIT, INC., and that he anticipates the filing of a Joint Dismissal With Prejudice of all claims against MEDICREDIT, INC. in the above-captioned suit.

Respectfully submitted this 17th day of May, 2013.

        s/ *James Giardina*
        JAMES S. GIARDINA
        Florida Bar No. 942421
        THE CONSUMER RIGHTS LAW GROUP, PLLC
        3104 W Waters Ave., Suite 200
        Tampa, FL 33614−2877
        Phone: 813-413-5610
        Fax: 866-535-7199
        james@consumerrightslawgroup.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 17, 2013 I electronically filed the foregoing document with the United States District Court, Middle District of Florida, by using the CM/ECF system.  I also certify that the foregoing document is being served on this third day of April 2012 on Attorneys for Defendant, Elizabeth M. Bohn, Jorden Burt LLP, 777 Brickell Avenue, Suite 500, Miami, FL 33131 via transmission of Notices of Electronic Filing generated by CM/ECF, with a Courtesy copy via email to eb@jordenusa.com.

                                         s/ *James Giardina*
                                         JAMES S. GIARDINA