UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 13-14097-CIV-MARTINEZ/LYNCH

WILLIAM WATSON,

    Plaintiff,

vs.

MEDICREDIT, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before this Court upon the Stipulation for Dismissal with Prejudice executed by counsel for the Plaintiff and Defendant, and the Court having reviewed same and being otherwise fully advised in the premises; it is hereby,

ORDERED AND ADJUDGED:

The above-entitled action be, and is hereby dismissed with prejudice, each party shall bear its own costs and attorneys' fees.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of June, 2013.

                                                                                    _____
                                                                                   JOSE E. MARTINEZ
                                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record